| | |
|---|---|
| 1 | SHARON RUBALCAVA (SBN: 067363) |
| | sharon.rubalcava@alston.com |
| 2 | SHIRAZ D. TANGRI (SBN: 203037) |
| | shiraz.tangri@alston.com |
| 3 | MARISA BLACKSHIRE (SBN: 250156) |
| | marisa.blackshire@alston.com |
| 4 | ALSTON & BIRD LLP |
| | 333 South Hope Street, 16th Floor |
| 5 | Los Angeles, CA  90071 |
| | Telephone:  213-576-1000 / Facsimile:  (213) 576-1100 |
| 6 | Attorneys for Real Party in Interest |
| | ALAMEDA CORRIDOR TRANSPORTATION AUTHORITY |

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; EAST YARD COMMUNTIES FOR ENVIRONMENTAL JUSTICE; and COALITION FOR A SAFE ENVIRONMENT; | Case No:      2:09-CV-8055-JAK-MAN |
| | Action Filed:   November 4, 2009 |
| | Hearing Date:  September 23, 2011 |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION; RAY LAHOOD; FEDERAL HIGHWAY ADMINISTRATION; JEFFREY F. PANIATI; and CALIFORNIA DEPARTMENT OF TRANSPORTATION; | **JS-6** |
| | **[JOINTLY SUBMITTED BY DEFENDANTS AND REAL PARTY IN INTEREST]** |
| Defendants. | |
| ALAMEDA CORRIDOR TRANSPORTATION AUTHORITY; | |
| Real Party in Interest. | |

JUDGMENT

1  This action came on for hearing before the Court, on September 23, 2011, the Hon. John A. Kronstadt, District Judge Presiding, on Cross-Motions for Summary Judgment.  Shiraz D. Tangri, Marisa E. Blackshire and Sharon Rubalcava of Alston & Bird LLP appeared for Real Party In Interest Alameda Corridor Transportation Authority ("ACTA"), Norman L. Rave, Jr. of the United States Department of Justice appeared on behalf of United States Department of Transportation, Ray LaHood, Federal Highway Administration, and Victor Mendez (collectively, the "Federal Defendants"), and Judith A. Carlson appeared on behalf of the California Department of Transportation ("Caltrans") (ACTA, the Federal Defendants and Caltrans are hereinafter collectively referred to as "Defendants").  Adriano Martinez and Robert E. Yuhnke appeared on behalf of plaintiffs Natural Resources Defense Council, Inc., East Yard Communities for Environmental Justice and the Coalition For A Safe Environment (collectively, the "Plaintiffs").  The administrative record and arguments presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, the Court hereby ORDERS as follows:

After considering the administrative record and arguments, both oral and documentary, presented in connection with these cross-motions and introduced at the hearing thereon, being fully advised in the premises and good cause appearing therefore, the Court hereby GRANTS summary judgment in favor of Defendants and DENIES the parallel motions of Plaintiffs on the grounds set forth in the Court's Minute Order filed June 29, 2012 [Docket No. 119].

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants on all of Plaintiffs' claims and requests for relief.

DATED: July 19, 2012

_____
The Honorable John A. Kronstadt
United States District Court

1
JUDGMENT

Submitted by:

**ALSTON & BIRD LLP**

/S/
_____
Shiraz D. Tangri
SHARON RUBALCAVA
SHIRAZ D. TANGRI
MARISA E. BLACKSHIRE
Attorneys for Real Party in Interest
ALAMEDA CORRIDOR TRANSPORTATION AUTHORITY

**APPROVED AS TO FORM BY:**

**UNITED STATES
DEPARTMENT OF JUSTICE**

/S/
_____
Norman L. Rave, Jr.
DAVID B. GLAZER
NORMAN L. RAVE, JR.
Attorneys for United States Department of Transportation,
Ray LaHood in his official capacity as Secretary of Transportation,
Federal Highway Administration and
Victor Mendez in his official capacity as FHWA Administrator

**STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION**

/S/
_____
Judith A. Carlson
JUDITH A. CARLSON
ELIZABETH R. POLLOCK
Attorneys for Defendant
State of California, Department of Transportation